## Case No. 16,304.

### UNITED STATES v. SIX THOUSAND TWO HUNDRED AND FIFTY CIGARS.

[11 Int. Rev. Rec. 11.]

District Court, D. Louisiana. 1869.

FORFEITURES UNDER INTERNAL REVENUE LAWS——PAYMENTS TO INFORMERS.

In this, a case of seizure under the internal revenue, the judge ordered the property to be condemned. Harroll Wright intervened, claiming, as informer, one-half of the proceeds of forfeiture under the laws of congress. It appearing by the testimony of Collector Stockdale that the informer's claim was just, he was granted the fraction asked for.